UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jeff Crane, et. al.

          Plaintiff(s),

v.

FCA US LLC, et. al.

          Defendant(s).

Case No. 19-cv-12485

Judge

Magistrate Judge

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, FCA US LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ✔    No ☐

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: Fiat Chrysler Automobiles N.V.
    Relationship with Named Party: indirect parent and sole beneficial owner

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ✔

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: August 23, 2019

Cheryl A. Bush

P37031
Bush Seyferth & Paige PLLC
3001 W. Big Beaver Rd.
Ste. 600
Troy, MI 48084
(248) 822-7800
bush@bsplaw.com